## Commonwealth *v.* Jones, Appellant.

Submitted March 24, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Jordan, Appellant.

Submitted April 13, 1970. *Richard E. Davis,* Assistant Public Defender, for appellant; *Theodore A. Tenor,* First Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.